**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**RELATED CASE ORDER**

      A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

   <u>C 09-02109 PJH</u>      <u>VIA Technologies, Inc. V. SONICBlue Claims LLC et al</u>

   <u>C 10-00030 JL</u>      <u>SonicBlue Claims LLC v. MPC Insurance Ltd.</u>

      **I find that the above case is NOT related to the case assigned to me. PJH**

**CLERK'S NOTICE**

      The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

                                                            Richard W. Wieking, Clerk

**DATED: January 19, 2010**                                **By:** _____
                                                                          **Deputy Clerk**